ACCEPTED
03-15-00657-CV
7927127
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 1:27:51 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00657-CV

**IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 1:27:51 PM
JEFFREY D. KYLE
Clerk

**CHRIS TRAYLOR, EXECUTIVE COMMISSIONER OF TEXAS HEALTH
AND HUMAN SERVICES COMMISSION AND THE TEXAS HEALTH
AND HUMAN SERVICES COMMISSION,
APPELLANTS**

**V.**

**DIANA D., et al
APPELLEES**

**ON APPEAL FROM THE 200TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS, HON. TIM SULAK, PRESIDING**

**UNOPPOSED MOTION REQUESTING EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Come now Appellees Diana D. et al. and submit this Motion For Extension of Time to File Appellees' Brief as follows.

1) Appellees' Brief regarding the interlocutory appeal of the trial court's grant of a temporary injunction is due on December 2, 2015. Appellees are requesting a thirty day extension of time to file Appellees' Brief, which would make the brief

due on January 1, 2016. Appellees have not previously requested an extension of time to file their brief.

2)     Good cause exists for allowing Appellees additional time to file their Brief. The parties have agreed to mediate this case in December. Appellees seek an extension of time to permit the parties to mediate the case without incurring additional litigation expenses involved with preparation of a brief in this matter in the event that mediation is successful. The parties will inform the court of the results of mediation.

3)     This motion is not sought for delay but so that justice may be served.

Wherefore, Appellees pray that the Court grant their thirty day extension request to file their Brief to January 1, 2016, and for such other relief to which they may be entitled.

Respectfully submitted,

**RICHARDS RODRIGUEZ & SKEITH, LLP**
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone: 512-476-0005
Facsimile:  512-476-1513

By:   /s/ Daniel R. Richards_____
        DANIEL R. RICHARDS
        State Bar No. 00791520
        drichards@rrsfirm.com
        BENJAMIN H. HATHAWAY
        State Bar No. 09224500
        bhathaway@rrsfirm.com
        CLARK RICHARDS
        State Bar No. 90001613
        crichards@rrsfirm.com
        CHASE C. HAMILTON
        State Bar No. 24059881
        chamilton@rrsfirm.com

**ATTORNEYS FOR APPELLEES**


**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. App. R. 10.1(a)(5), I hereby certify that I have conferred with counsel for Appellants and Appellants do not oppose a thirty day extension of the deadline.

        /s/ Daniel R. Richards_____
        **DANIEL R. RICHARDS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been delivered to the following counsel of records on this, the 20th day of November 2015 by electronic notification and e-mail:

Kristofer S. Monson
Assistant Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548, (MC 059)
Austin, Texas 78711-2548
Kristofer.monson@texasattorneygeneral.gov


/s/ Daniel R. Richards_____
**DANIEL R. RICHARDS**